O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                    Plaintiff,            )<br>                                                          )<br>          v.                                          )<br>                                                          )<br>JORGE MARTINEZ-MIRANDA,     )<br>                                                          )<br>                    Defendant.          )<br>_____) | SA 07-323M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq..,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1                                                     II.

2       The Court finds no condition or combination of conditions will reasonable assure:

3       A. ( X )    appearance of defendant as required; and/or

4       B. ( ) safety of any person or the community;

5                                                     III.

6       The Court has considered:

7       A. ( x ) the nature and circumstances of the offense;

8       B. (x) the weight of evidence against the defendant;

9       C. (x) the history and characteristics of the defendant;

10      D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                                    IV.

12      The Court concludes:

13      A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15      B. (x)    History and characteristics indicate a serious risk that defendant will flee because:

16              **Defendant is undocumented.  He has no ties to the community and no bail**

17              **resources.**

18

19      C. ( ) A serious risk exists that defendant will:

20              1. ( )   obstruct  or  attempt to obstruct  justice;

21              2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23      D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24              provided in 18 U.S.C. § 3142 (e).

25      ///

26      ///

27      ///

28      ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                               - 2 -                                    Page 2 of 3

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

6

7   Dated: November 5, 2007

8   _____
9   MARC L. GOLDMAN
    United States Magistrate Judge